1  GAUTAM DUTTA, ESQ. (State Bar No. 199326)
   39270 Paseo Padre Parkway # 206
2  Fremont, CA 94538
   Telephone: 415.236.2048
3  Email: Dutta@BusinessandElectionLaw.com
   Fax: 213.405.2416
4
   Attorney for Defendant
5  PEACOCK INDIA RESTAURANTS, LLC

*IT IS SO ORDERED*
Judge Edward J. Davila
12/12/2012

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| NORBERTO RUIZ-JUAREZ | CASE NO. C 12-04732 EJD |
|---|---|
| *Plaintiff*, | |
| vs. | **JOINT STIPULATION RESCHEDULING DUE DATE FOR RESPONSE TO COMPLAINT** |
| PEACOCK INDIA RESTAURANTS, LLC; | |
| *Defendant*. | |

JOINT STIPULATION

To accommodate holiday schedules, the parties hereby **stipulate** to *continue* the due date for Defendant's response to the Complaint, to **Jan. 17, 2012.**

Stipulated by:

DATED: Dec. 10, 2012

By: /s/
GAUTAM DUTTA, ESQ.

Attorney for Defendant

PEACOCK INDIA RESTAURANTS, LLC

DATED: Dec. 10, 2012

By: _____
TOMAS E. MARGAIN, ESQ.

Attorney for Plaintiff

NORBERTO RUIZ-JUAREZ

1  I, Gautam Dutta, am the ECF user whose user ID and password are being used to file the
2  foregoing document. I hereby attest that Plaintiff's counsel whose electronic signature appears on
3  the foregoing page has concurred with this filing.

DATED: Dec. 10, 2012

By: /s/
GAUTAM DUTTA, ESQ.

Attorney for Defendant

PEACOCK INDIA RESTAURANTS, LLC

- 3 -                    JOINT STIPULATION