GAUTAM DUTTA, ESQ. (State Bar No. 199326)
39270 Paseo Padre Parkway # 206
Fremont, CA 94538
Telephone: 415.236.2048
Email: Dutta@BusinessandElectionLaw.com
Fax: 213.405.2416

Attorney for Defendant
PEACOCK INDIA RESTAURANTS, LLC

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Edward J. Davila
12/12/2012

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NORBERTO RUIZ-JUAREZ

*Plaintiff*,

vs.

PEACOCK INDIA RESTAURANTS, LLC;

*Defendant*.

CASE NO. C 12-04732 EJD

**JOINT STIPULATION RESCHEDULING DUE DATE FOR RESPONSE TO COMPLAINT**

To accommodate holiday schedules, the parties hereby **stipulate** to *continue* the due date for Defendant's response to the Complaint, to **Jan. 17, 2012.**

Stipulated by:

DATED: Dec. 10, 2012

By: /s/
GAUTAM DUTTA, ESQ.

Attorney for Defendant

PEACOCK INDIA RESTAURANTS, LLC

DATED: Dec. 10, 2012

By:
TOMAS E. MARGAIN, ESQ.

Attorney for Plaintiff

NORBERTO RUIZ-JUAREZ

I, Gautam Dutta, am the ECF user whose user ID and password are being used to file the foregoing document. I hereby attest that Plaintiff's counsel whose electronic signature appears on the foregoing page has concurred with this filing.

DATED: Dec. 10, 2012

By: /s/
GAUTAM DUTTA, ESQ.

Attorney for Defendant

PEACOCK INDIA RESTAURANTS, LLC